STATE OF NEW JERSEY v. MARCUS O. ROGERS.

July 7, 1981.

Petition for certification granted.

REGINA L. KOLA v. JAMES H. KOLA.

July 7, 1981.

Petition for certification denied.

ERNEST RAMIRES v. AUTOSPORT.

July 7, 1981.

Petition for certification granted.

CHRISTINE BROWER v. ROBERT BROWER.

July 7, 1981.

Petition for certification denied.

WILLIAM T. HOUGH v. DIRECTOR, DIVISION OF TAXATION.

July 7, 1981.

Petition for certification denied.